Argued March 15, reversed and remanded March 15, 1971

STATE OF OREGON, *Appellant, v.*
BERNARD JOHNSON, *Respondent.*

482 P2d 192

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

*Ronald E. Hergert,* Oregon City, argued the cause for respondent. With him on the brief were Hibbard, Jacobs, Caldwell & Canning, Oregon City.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

MEMORANDUM DECISION.

ORS 135.630.